Same case below, 432 Fed. Appx. 704.

**No. 11-483. Andrew Pullos, Petitioner v. Alliance Laundry Systems, LLC.**

565 U.S. 1178, 132 S. Ct. 1143, 181 L. Ed. 2d 1018, 2012 U.S. LEXIS 937, 

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 424 Fed. Appx. 663.

**No. 11-511. Catholic Answers, Inc., et al., Petitioners v. United States.**

565 U.S. 1178, 132 S. Ct. 1143, 181 L. Ed. 2d 1018, 2012 U.S. LEXIS 920.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 438 Fed. Appx. 640.

**No. 11-532. General Motors Corporation, Petitioner v. Michigan Department of Treasury.**

565 U.S. 1178, 132 S. Ct. 1143, 181 L. Ed. 2d 1018, 2012 U.S. LEXIS 1004.

January 23, 2012. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

Same case below, 290 Mich. App. 355, 803 N.W.2d 698.

**No. 11-605. Kimberly-Clark Worldwide, Inc., et al., Petitioners v. First Quality Baby Products, LLC, et al.**

565 U.S. 1178, 132 S. Ct. 1143, 181 L. Ed. 2d 1018, 2012 U.S. LEXIS 963.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 431 Fed. Appx. 884.

**No. 11-607. Solange Chadda, et al., Petitioners v. Jeff Mullins.**

565 U.S. 1178, 132 S. Ct. 1144, 181 L. Ed. 2d 1018, 2012 U.S. LEXIS 1022.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 430 Fed. Appx. 192.

**No. 11-609. Hamid Amini, Petitioner v. City of Minneapolis, Minnesota.**

565 U.S. 1178, 132 S. Ct. 1144, 181 L. Ed. 2d 1018, 2012 U.S. LEXIS 1018.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 643 F.3d 1068.

**No. 11-615. California Grocers Association, Petitioner v. City of Los Angeles, California, et al.**

565 U.S. 1178, 132 S. Ct. 1144, 181 L. Ed. 2d 1018, 2012 U.S. LEXIS 1016.

January 23, 2012. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 52 Cal. 4th 177, 127 Cal. Rptr. 3d 726, 254 P.3d 1019.

**No. 11-619. Edward H. Flint, Petitioner v. New York Stock Exchange, et al.**

565 U.S. 1178, 132 S. Ct. 1162, 181 L. Ed. 2d 1018, 2012 U.S. LEXIS 935.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.